# EXHIBIT B

# Excerpts from [CONF] COA 37537 (Video) COA 4597 (Sound)

*\*Copy sent to the Court and opposing counsel via flash drive and/or email*