# EXHIBIT D

# COA 4043 Training Slide [Confidential]

*Copy sent to the Court and opposing counsel via flash drive and/or email*