IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MODESTO RODRIGUEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-1087-RP |
| CITY OF AUSTIN and JUSTIN WRIGHT, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions for summary judgment and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 10, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE